## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TONYA NEWBERRY**                                                    **PLAINTIFF**

**VS.**                              **CASE NO. 3:19CV00192 PSH**

**ANDREW SAUL,  Commissioner,**
    **Social Security Administration**                    **DEFENDANT**

### JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 6th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE